**U.S. COURTS**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

MAR 2 2 2023

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

JENNIFER WARREN, SHANDRY ROSE individuals

      Plaintiffs
                                Case No

VS.
                                      COMPLAINT

ATTORNEY GENERAL OF IDAHO,

 LAWERENCE WASDEN

BOISE POLICE DEPARTMENT, ADA

COUNTY PROSECUTORS, BOISE CITY

PROSECUTORS, and FACES OF HOPE

VICTIMS CENTER,

      Defendants.

      COMES NOW in the interest of justice I Jennifer Warren object to Faces of Hope Victim Centers motion to dismiss. The actions of the defendants were wrongful, malicious, designed to damage, and cause emotional distress. The Plaintiff suffered extreme mental and emotional anguish as a result of the defendant's deliberate and malicious conduct.

      The Plaintiff has suffered harm to her reputation, shame and embarrassment, mental anguish and distress by being arrested by the Boise Police Department.

[Type here]
COMPLAINT

The Plaintiffs fourth amendment civil rights were violated, as well as her victims' rights. The Police officers acted with gross negligence, and failed to show a duty of care in their job duties.

The defendants conduct shows a blatant abuse of process unlawful purpose not intended as a matter of law. The Plaintiff was wrongfully charged by the prosecution for the sole purpose of causing severe emotional distress, and intentional re-victimization by unjust, and illegal charges without legal grounds.

The Plaintiff will show that the actions of the defendants, herein reflect a malicious, intentional, willful and reckless disregard of the Plaintiffs civil rights, victim rights and warrant an award of punitive damages to the Plaintiff.

Comes now before the court that the Plaintiff prays for the court to award the Plaintiff the residential real property located at 9895/9899 west mesquite court, in Boise Idaho. Mr. Warren was arrested and charged with domestic battery against the Plaintiff.

The Plaintiff will also show that the actions of the defendant's felony arrest for illegal possession of two firearms, while there was an NCO as well as a PTO in place at the time. The defendants failed to act in the interest of the Plaintiff's safety and well-being. Further causing harm and emotional distress, assault and battery, and knowing the likelihood of causing further injury to the victim was more probable than not.

[Type here]
COMPLAINT